Present —
Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.
HARRIETT HOPKINS, Respondent, v. ROBERT K. MABEE, SR., Appellant.

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.
NIAGARA FALLS URBAN RENEWAL AGENCY, Appellant, v. ROBJER REALTY CORPORATION et al., Respondents.—

Present — Goldman, P. J., Marsh, Witmer, Cardamone and Henry, JJ.

RITA H. CHRISTENSEN, Appellant, v. HOWARD F. CHRISTENSEN, Respondent.—

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOLORES MILLER, Appellant.—

Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MILLER, Appellant.—

Present — Del Vecchio, J. P., Witmer, Gabrielli, Moule and Henry, JJ.

(April 27, 1971)

BETHLEHEM STEEL CORPORATION, Petitioner, v. NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—